UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE W. MELARA,

        Petitioner,

    v.

CDCR,

        Respondent.

Case No. 19-cv-04170-EMC

**ORDER OF DISMISSAL**

    The petition for writ of habeas corpus was dismissed with leave for Jose Melara to file an amended petition no later than January 17, 2020. Docket No. 8. Mr. Melara did not file an amended petition and instead sent a letter that, unlike his petition, was written in Spanish. Docket No. 9. The Court then issued an order explaining that Mr. Melara must write all his filings in English, as the Court does not translate foreign-language filings, and directed him to file his amended petition by April 17, 2020, or the action would be dismissed. Mr. Melara has not filed an amended petition, and the deadline by which to do so has long passed. For the foregoing reasons, as well as the reasons stated in the order of dismissal with leave to amend, this action is **DISMISSED** for failure to state a claim upon which habeas relief may be granted.

    **IT IS SO ORDERED**.

Dated: June 26, 2020

_____
EDWARD M. CHEN
United States District Judge